# ELECTRONIC RECORD

COA # 02-12-00178-CR

OFFENSE: OTHER CRIMINAL

STYLE: Russell Jay Reger v. The State of Texas

COUNTY: Tarrant

COA DISPOSITION: AFFIRM

TRIAL COURT: Criminal District Court No. 3

DATE: 09/18/2014       Publish: NO   TC CASE #: 0579930D

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Russell Jay Reger v. The State of Texas

_____PRO SE_____ Petition

CCA #: 1543-14

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 04/22/2015

JUDGE: Per Curiam

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**